AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

KAMAL ZIADAT (A41-666-093)

V.

ANDREA QUARANTILLO, N.Y District Director of
the U.S. Citizenship & Immigration Services

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CIV 4690

TO: (Name and address of Defendant)

Andrea Quarantillo, District Director
U.S. Citizenship and Immigration Services
26 Federal Plaza, 11th Floor
New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew L. Guadagno
Bretz & Coven, LLP
305 Broadway, Suite 100
New York, NY 10007

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

MAY 19 2008

DATE

(By) DEPUTY CLERK

※AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/22/08 |
| NAME OF SERVER (PRINT) Gardy Maisonneuve | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Andrea Quarantillo
District Director-U.S.CIS
26 Federal Plaza, 11th FL
New York, NY 10278

☒ Other (specify): FedEx Overnight
Office of the General Counsel, DHS, Washington, DC 20528
Attorney General, 950 Pennsylvania Ave, NW, Washington, DC 20530
U.S. Attorney's Office, SDNY, 86 Chambers Street, 3rd Fl, NY, NY 10007

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/22/08
                Date

*Signature of Server*

BRETZ & COVEN, LLP  305 Broadway, Ste 100
*Address of Server*
New York, NY 10007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.