UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KAMAL ZIADAT (A# 41-666-093)


                          Plaintiff,                    08civ4690


        - against -


ANDREA QUARANTILLO,                                     **COMPLAINT**
**New York District Director of the United**
**States Citizenship and Immigration Services;**

                          **Defendant.**
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Gardy Maisonneuve, solemnly swear under penalty of perjury:

1.      I am employed in the office of Bretz and Coven, LLP.

2.      On the 22nd day of May 2008, I served copies of the within:

## COMPLAINT AND SUMMONS

by **Federal Express Overnight Service** to:

Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Fl
New York, NY 10007

Office of the General Counsel
Department of Homeland Security
Washington, DC 20528

Andrea Quarantillo
District Director
U.S. Citizenship and Immigration Services
26 Federal Plaza, 11th Fl
New York, NY 10007

Dated:          New York, New York
                May 22, 2008

                                        By: _____
                                            Gardy Maisonneuve