UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
KAMAL ZIADAT,                                      :
                                                   :
                Plaintiff,        :        **ECF CASE**
                                                   :
     v.                                          :
                                                   :        08 Civ. 4690 (SHS)
ANDREA QUARANTILLO,                                :
                                                   :
                Defendant.        :        NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         June 4, 2008

                                                    Respectfully submitted,

                                                    MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                    Southern District of New York

                                      By:    /s/_____
                                                    SHANE P. CARGO
                                                    Assistant United States Attorney
                                                    86 Chambers Street, 3rd Floor
                                                    New York, New York 10007
                                                    Telephone: (212) 637-2711
                                                    Facsimile: (212) 637-2786
                                                    Email: shane.cargo@usdoj.gov

TO:    Matthew L. Guadagno, Esq.
        Bretz & Coven, LLP
        305 Broadway, Suite 100
        New York, NY 10007