ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAMAL ZIADAT,

    Petitioner,

- against -

ANDREA QUARANTILLO et al.,

    Respondents.

---

Dkt. No. 08 Civ. 4690 (SHS)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
June 25, 2008

LAW OFFICES OF BRETZ & COVEN, LLP
Attorney for Petitioner

New York, New York
June 27, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

Matthew L. Guadagno
305 Broadway, Suite 100
New York, New York 10007
Tel. (212) 267-2555
Fax: (212) 267-2129

Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2711
Fax: (212) 637-2786

SO ORDERED: 6/30/08

Hon. Sidney H. Stein
United States District Judge

— Page 1 of 1 —

A41-666-093